IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-cv-102-FL

DONNIE POWELL, )
 )
    Plaintiff, )
 )
v. ) ORDER
 )
CAROLYN COLVIN, )
Acting Commissioner of Social Security, )
 )
    Defendant. )
 )

Plaintiff's counsel filed a motion for approval of attorney's fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), in the amount of $9.500.00. Attorney's fees under section 206(b) are paid from past-due benefits awarded to a successful claimant. 42 U.S.C. § 406(b). Plaintiff has previously been awarded attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $3,841.08 (D.E. #28).

Defendant filed a response, stating that under <u>Gisbrecht v. Barnhart</u>, 535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee.

It is ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $ __9,500.00__, and refund to Plaintiff the smaller award between this amount and the EAJA award, minus $855.35 which counsel represents was seized for debt to Veterans' Administration.

This __7th__ day of January, 2015.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE